# 503

No. 47112.—Protest 16670–K of Linck & Alpert, Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel that the laces in question are similar in all material respects to those involved in Abstract 41121 the claim at 50 percent under paragraph 1529 (a) and T. D. 48316 was sustained.

No. 47113.—Protests 62481–K, etc., of Abercrombie & Fitch Co. (New York).

Opinion by Tilson, J. The record showed that certain of the mufflers in question were hemmed, others were unhemmed, and that certain other items consist of woven silk mufflers, hemmed, valued at over $5 per dozen, and imported subsequent to the effective date of United Kingdom Trade Agreement (T. D. 49753). In accordance therewith certain of the mufflers which were hemmed were held dutiable at 60 percent under paragraph 1209. Others which were unhemmed were held dutiable at 55 percent under the same paragraph, and others were held dutiable at 45 percent under paragraph 1209 by virtue of T. D. 49753. Protests sustained accordingly.

No. 47114.—Protests 77684–K, etc., of Tara Singh et al. (New York).

Opinion by Tilson, J. It was stipulated that certain of the items consist of mufflers the same in all material respects as those the subject of Abstract 45938. In accordance with the agreed facts certain of the merchandise in question was held dutiable at 60 percent under paragraph 1209 and some at 45 percent under the same paragraph by virtue of T. D. 49753 as claimed.

No. 47115.—Protests 934224–G, etc., of Garfunkel Makers, Inc. (New York).

Opinion by Tilson, J. It was agreed by counsel that certain items of the merchandise consist of hemp knotted straw hats, not blocked or trimmed, and not bleached, dyed, colored, or stained, and that they are similar to those involved in Abstract 46497. In accordance therewith they were held dutiable at only 25 percent under paragraph 1504 (b) (1) as claimed.